UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-44-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO J. LISPSCOMB | ORDER FOR<br>JOINT MOTION FOR SENTENCING<br>HEARING AT TIME OF<br>ARRAIGNMENT |

The Joint Motion for Sentencing Hearing at time of Arraignment is hereby allowed.

This case is hereby set for 6/10/14 at 1:30 p.m. Arraignment and Sentencing.

SO ORDERED.

This 3rd day of June, 2014.

_____
Louise W. Flanagan
United States District Court Judge